IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ALONZO FRANCISCO BEARD**                                                     **PLAINTIFF**

v.                                            No: 4:22-cv-00268-JM-PSH

**ADAMS, *et al.*** [1]                                                                 **DEFENDANTS**

## ORDER

The Court has reviewed the Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After careful consideration, the Court concludes that the Findings and Recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. Beard's amended complaint is dismissed without prejudice for failure to state a claim upon which relief may be granted; and

2. Dismissal of this action is considered a "strike" within the meaning of 28 U.S.C. § 1915(g).

3. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from the order adopting this recommendation would not be taken in good faith.

DATED this 11th day of July, 2022.

_____
UNITED STATES DISTRICT JUDGE

---

[1] Because Beard's amended complaint (Doc. No. 9) names only Captain Adams, Lieutenant Baker, Chief Joseph Gorman, Mayor Shirley Washington, Nurse Johnson, and Nurse Iverson as defendants, the Clerk of Court is directed to terminate the other defendants listed on the docket for this case.