IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ALONZO FRANCISCO BEARD                                                                   PLAINTIFF

v.                                          No: 4:22-cv-00268-JM-PSH

ADAMS, *et al.* [1]                                                                         DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice.

DATED this 11th day of July, 2022.

_____
UNITED STATES DISTRICT JUDGE

---

[1] Because Beard's amended complaint (Doc. No. 9) names only Captain Adams, Lieutenant Baker, Chief Joseph Gorman, Mayor Shirley Washington, Nurse Johnson, and Nurse Iverson as defendants, the Clerk of Court is directed to terminate the other defendants listed on the docket for this case.